FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-2048

_____

SHELLA LUCIEN,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____


On appeal from the Reemployment Assistance Appeals Commission.



January 27, 2026

PER CURIAM.

The Court grants the motion to dismiss docketed August 21, 2025. This case is dismissed.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shella Lucien, pro se, Appellant.

Katie E. Sabo, Appellate Counsel, Tallahassee, for Appellee.